## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 17-8994-JFW (Ex)**                                              Date: March 5, 2018

Title:   Korn Ferry International -v- Mark Cilli

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

    The Court has reviewed the docket in this action and determined that counsel for both parties have failed to file their proposed Statements of Decision, as required by paragraph 5(f) of the Court's Standing Order, in connection with Specially Appearing Defendant Mark Cilli's Motion to Compel Arbitration or Stay Action Pending Arbitration Pursuant to 9 U.S.C. § 1, et. seq. and Specially Appearing Defendant Mark Cilli's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) filed on February 1, 2018 [Docket Nos. 27 and 28]. Accordingly, counsel for both parties are ordered to show cause in writing by March 7, 2018 why they should not each be sanctioned in the amount of $2,500.00 for their continued violation of the Court's Standing Order.  *See* Docket Nos. 21 and 22.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.  In addition, the parties shall file the required proposed Statements of Decision on or before **March 7, 2018.**

    IT IS SO ORDERED**.**