BLANK ROME LLP
Jonathan A. Loeb (State Bar No. 162758)
JLoeb@BlankRome.com
Jeffrey Rosenfeld (State Bar No. 221625)
JRosenfeld@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Plaintiff
KORN/FERRY INTERNATIONAL

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORN/FERRY INTERNATIONAL, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>MARK CILLI, an individual,<br><br>Defendant | Case No. 2:17-cv-08994-JFW (Ex)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A |

Pursuant to the Stipulation for Dismissal with Prejudice filed by counsel for the parties, and Rule 41(a)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice. Each party shall bear its or his own attorneys' fees and costs.

Date: September 5, 2018

Hon. John F. Walter
United States District Court Judge
Central District of California

146344.00603/111755069v.1

**ORDER**